ORIGINAL

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  Email: matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; SONY BMG
7  MUSIC ENTERTAINMENT; BMG
   MUSIC; ELEKTRA ENTERTAINMENT
8  GROUP INC.; CAPITOL RECORDS, INC.;
9  WARNER BROS. RECORDS INC.; and
   UMG RECORDINGS, INC.

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

      Plaintiffs,

v.

JOHN DOE,

      Defendant.

CASE NO. CV 08 1194  PVT

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35824 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6
7  The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
   BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
8  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
9  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
10 which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.
11
12 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
   ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
13
14 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
15 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony
16 Corporation is publicly traded in the U.S.
17 The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
18 Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
19 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
20 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony
21 Corporation is publicly traded in the U.S.
22
23 The following companies are parents of, or partners in Plaintiff ELEKTRA
   ENTERTAINMENT GROUP INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
24
25 Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music
   Group Corp. is publicly traded in the U.S.
26
27 The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
   Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
28

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    1
Case No. _____
#35824 v1

1  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
2  Virgin Music Group Ltd.; and EMI Group Limited.
3      The following companies are parents of, or partners in Plaintiff WARNER BROS.
4  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
5  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
6  publicly traded in the U.S.
7      The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
8  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
9  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
10 publicly traded. Vivendi S.A. is publicly traded in France.
11
12
13 Dated:   February 28, 2008         HOLME ROBERTS & OWEN LLP
14
15                                    By _____
16                                       MATTHEW FRANKLIN JAKSA
                                         Attorney for Plaintiffs
17                                       ARISTA RECORDS LLC; SONY BMG MUSIC
                                         ENTERTAINMENT; BMG MUSIC; ELEKTRA
18                                       ENTERTAINMENT GROUP INC.; CAPITOL
                                         RECORDS, INC.; WARNER BROS. RECORDS
19                                       INC.; and UMG RECORDINGS, INC.
20
21
22
23
24
25
26
27
28

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35824 v1