1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; SONY BMG
7  MUSIC ENTERTAINMENT; BMG
   MUSIC; ELEKTRA ENTERTAINMENT
8  GROUP INC.; CAPITOL RECORDS, INC.;
   WARNER BROS. RECORDS INC.; and
9  UMG RECORDINGS, INC.
10

11                 UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
                  _____ DIVISION
13

14  ARISTA RECORDS LLC, a Delaware limited       CASE NO. _____
    liability company; SONY BMG MUSIC
15  ENTERTAINMENT, a Delaware general
16  partnership; BMG MUSIC, a New York general   [PROPOSED] ORDER GRANTING
    partnership; ELEKTRA ENTERTAINMENT         PLAINTIFFS' EX PARTE APPLICATION
17  GROUP INC., a Delaware corporation;         FOR LEAVE TO TAKE IMMEDIATE
    CAPITOL RECORDS, INC., a Delaware          DISCOVERY
18  corporation; WARNER BROS. RECORDS
19  INC., a Delaware corporation; and UMG
    RECORDINGS, INC., a Delaware corporation,
20
21              Plaintiffs,
22         v.
23
    JOHN DOE,
24              Defendant.
25
26
27
28

    [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
    IMMEDIATE DISCOVERY
    Case No. _____
    #35827 v1

RECEIVED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PVT

CV 08 1194

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of California,

4  Berkeley to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents

5  that identify Defendant, including the name, current (and permanent) address and telephone number,

6  e-mail address, and Media Access Control addresses for Defendant. The disclosure of this

7  information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10  under the Copyright Act.

11

12  DATED: _____          By: _____

13                                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#35827 v1