Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>                Defendant. | CASE NO. 5:08-CV-01194-PVT<br><br>**Honorable Patricia V. Trumbull**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1        Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Arista Records LLC, *et al.*, by and

2 through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim

3 against Defendant John Doe, also identified as ID # 151703035 with IP address 136.152.138.182

4 2007-12-13 21:02:30 EST, each party to bear its/his own fees and costs.  The Clerk of Court is

5 respectfully requested to close this case.

6

7 Dated:  May 13, 2008                             HOLME ROBERTS & OWEN LLP

8

9                                        By:  ____*/s/ Matthew Franklin Jaksa*_____

10                                              MATTHEW FRANKLIN JAKSA
                                             Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01194-PVT
#37376 v1